Kevin J. Nash, Esq.
J. Ted Donovan, Esq.
Goldberg Weprin Finkel Goldstein, LLP
1501 Broadway, 22nd Floor
New York, New York 10036
(212) 221-5700

Attorneys for Bedford Partners 2010 LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                          Chapter 11

1490 Bedford Avenue LLC                                         Case No. 16-41526 (ESS)

                                    Debtor.
-----------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned now hereby appears as bankruptcy counsel for Bedford Partners 2010 LLC in the above captioned case and requests as provided in 11 U.S.C. §1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b) (the "Bankruptcy Rules") that all notices given or required to be given, and all papers served or required to be served, be given to and served upon:

> GOLDBERG WEPRIN FINKEL GOLDSTEIN, LLP
> 1501 Broadway, 22nd Floor
> New York, New York 10036
> Attn: Kevin J. Nash, Esq.
> Attn: J. Ted Donovan, Esq.
> Tel. (212) 221-5700
> Fax: (212) 422-6836
> E-mail: KNash@GWFGLaw.com
> E-mail: TDonovan@GWFGLaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the

Bankruptcy Rules specified above, but also includes, without limitation, any orders and notices of any application, motion, petition, pleadings, plans and disclosure statements, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail, internet, or otherwise filed of made with regard to the above captioned case, that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

Dated: New York, New York
      May 16, 2016

           Goldberg Weprin Finkel Goldstein, LLP
           Counsel for Bedford Partners 2010 LLC
           1501 Broadway, 22nd Floor
           New York, New York 10036
           (212) 221-5700

           By: /s/ J. TED DONOVAN, ESQ.

TO:    Bruce Weiner, Esq.