**Fill in this information to identify the case:**

Debtor name: **1490 Bedford Avenue LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Apt. 1-N** | |
| | State the term remaining | **until 9/16/16** | |
| | List the contract number of any government contract | | **Daniel** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Apt. 1-5** | |
| | State the term remaining | **unitl 3/31/2017** | |
| | List the contract number of any government contract | | **Feldman, Giddins & Fernandez** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Apt. 2-N** | |
| | State the term remaining | **until 8/31/2017** | |
| | List the contract number of any government contract | | **Gaynin, Butler & Cheung** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Apt. 4-S** | |
| | State the term remaining | **until 9/15/2016** | |
| | List the contract number of any government contract | | **Josey** |

| Debtor 1 | **1490 Bedford Avenue LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest — **Lease for Apt. 4-N** | |
| | State the term remaining — **unitl 4/30/2017** | |
| | List the contract number of any government contract | **Lee & Tanaka** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest — **Lease for Apt. 2-5** | |
| | State the term remaining — **until 6/30/2016** | **St. Hilairei,Tobia & Spencer** |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  **1490 Bedford Avenue LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Rahim Siuny Kalimi | 123 Church Avenue Brooklyn, NY 11218 | Bedford Partners 2010 LLC | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Rahim Siuny Kalimi | 123 Church Avenue Brooklyn, NY 11218 | Rachel Siony & | ☐ D _____<br>■ E/F  **3.1**<br>☐ G _____ |